IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blackman, Willa J

Printed: 3/25/08

Case Number: 07 B 09949
Judge: Goldgar, A. Benjamin
Filed: 6/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: March 21, 2008
Confirmed: July 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,657.00 |  |
| Secured: |  | 3,459.52 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 197.48 |
| Other Funds: |  | 0.00 |
| Totals: | 3,657.00 | 3,657.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,400.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 11,935.07 | 3,459.52 |
| 4. | EMC Mortgage Corporation | Secured | 17,273.40 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 2,044.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 144.48 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,476.80 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 10.11 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 79.32 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 61.72 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 988.29 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 116.64 | 0.00 |
| 13. | American Express Travel Relate | Unsecured | 8.37 | 0.00 |
| 14. | Illinois Dept Of Employment Sec | Unsecured | 635.11 | 0.00 |
| 15. | B-Real LLC | Unsecured | 32.28 | 0.00 |
| 16. | Consultants In Pathology | Unsecured |  | No Claim Filed |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| 18. | ER Solutions | Unsecured |  | No Claim Filed |
| 19. | State of Illinois | Unsecured |  | No Claim Filed |
| 20. | Well Group Health Partners | Unsecured |  | No Claim Filed |
| 21. | TCF Bank | Unsecured |  | No Claim Filed |
| 22. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 38,205.59 | $ 3,459.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Blackman, Willa J | Case Number: 07 B 09949 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/25/08 | Filed: 6/3/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 197.48 |
| | _____ |
| | $ 197.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

